**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

KCHYAIL "ANGEL" DUNBAR
3431 13th Street NW, Suite 3
Washington, DC 20010

Plaintiff,

v.

HOWARD UNIVERSITY
2400 6th Street NW
Washington, DC 20059

Defendant.

Case No.

On removal from the Superior Court of the District of Columbia
Civil Action No. 2026-CAB-006578

**DEFENDANT HOWARD UNIVERSITY'S NOTICE OF REMOVAL**

Defendant, Howard University, by and through counsel, Gerard J. Emig, Esquire, Rachel I. Viglianti, Esquire, and GLEASON, FLYNN, EMIG & MCAFEE, CHARTERED, hereby removes the above-captioned Superior Court action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and in support of the removal, states:

1. On September 17, 2026, Plaintiff, Kchayil "Angel" Dunbar, commenced an action in the Superior Court of the District of Columbia, Civil Action No. 2026-CAB-006578 (the "Superior Court Action") against Defendant.

2. This Notice of Removal is being filed within thirty (30) days after Defendant's receipt of the Writ of Summons and a copy of the Amended Complaint setting forth the claims for relief upon which Plaintiff's action is based. Defendant was served with the Writ of Summons and a copy of the Complaint on October 9, 2026. Plaintiff's original Complaint was never served on Defendant.

3. Plaintiff's Amended Complaint brings an action under Section 504 of the Rehabilitation Act, a federal law that prohibits discrimination against persons with disabilities.

4. By virtue of this Notice of Removal, Defendant removes the Superior Court Action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1331 (federal question jurisdiction), 1441 (removal of civil actions), and 1446 (procedure for removal of civil actions).

5. This Court has subject matter jurisdiction over the claim in the Superior Court Action pursuant to 28 U.S.C. § 1331, as Plaintiff's action is based on a federal law, Section 504 of the Rehabilitation Act.

6. Defendant will promptly file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia and will serve written notice of same as required by 28 U.S.C. § 1446(d).

7. By filing this Notice of Removal, Defendant does not waive any rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, set-offs, or recoupments Defendant hereby expressly reserves.

WHEREFORE, Defendant Howard University hereby removes the Superior Court Action to the United States District Court for the District of Columbia, in accordance with 28 U.S.C. §§ 1331, 1441, and 1446.

[*The remainder of this page is intentionally left blank.*]

Respectfully submitted,

**GLEASON, FLYNN, EMIG & MCAFEE, CHARTERED**

*/s/ Gerard J. Emig*_______________________
Gerard J. Emig, Esquire #973609
gemig@gleason-law.com
Rachel I. Viglianti, Esquire #984340
rviglianti@gleason-law.com
11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2110 (telephone)
(301) 294-0737 (facsimile)
***Attorneys for Defendant Howard University***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October 2026, a copy of the foregoing Notice of Removal was electronically served upon:

Roderick E. Thompson, Esquire
roderick@rtlg.law
Roderick Thompson Law Group, PLLC
1300 Pennsylvania Avenue, Suite 190-405
Washington, DC 2004
***Attorney for Plaintiff***

Channing Hawkins, Esquire
chawkins@hawkinslegalpc.com
Hawkins Legal, P.C.
1918 Business Center Drive, Suite 250
San Bernardino, CA 92408
***Attorney for Plaintiff***

*/s/ Gerard J. Emig*_______________________
Gerard J. Emig